IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAMELA D. CRAWLEY                           :    CHAPTER 13
A/K/A PAMELA CRAWLEY                        :
        Debtor                            :    BK. No. 10-18007 JF

## ORDER

AND NOW, this 13th day of December 2011, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

JEAN K. FITZSIMON,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)          PAMELA D. CRAWLEY
111 S. INDEPENDENCE MALL, SUITE 583           A/K/A PAMELA CRAWLEY
PHILADELPHIA, PA 19106                         1114 NORTH 65TH STREET
MICHAEL D. SAYLES, ESQUIRE                     PHILADELPHIA, PA 19151-3113
SAYLES AND ASSOCIATES, 427 WEST
CHELTENHAM AVENUE
ELKINS PARK, PA 19027-3201

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107